**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREAS JOHN WESLEY SILITONGA, | No. 07-74697 |
| Petitioner, | Agency No. A096-360-229 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Andreas John Wesley Silitonga, a native and citizen of Indonesia, petitions

for review of the Board of Immigration Appeals' order dismissing his appeal from

an immigration judge's ("IJ") decision denying his application for asylum,

withholding of removal, and protection under the Convention Against Torture

_____

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

("CAT").  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence, *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir. 2009), and we deny the petition for review.

Substantial evidence supports the IJ's finding that Silitonga does not have a well-founded fear of future persecution because, even if he is a member of a disfavored group, he failed to demonstrate the requisite individualized risk of persecution.  *Cf. Sael v. Ashcroft*, 386 F.3d 922, 927-29 (9th Cir. 2004).  Accordingly, Silitonga did not establish eligibility for asylum.

Silitonga has failed to set forth any substantive arguments regarding the agency's denial of withholding and CAT relief.  *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir.1996) (issues not supported by argument are deemed waived).

**PETITION FOR REVIEW DENIED.**

07-74697